UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES INGRAM,

 *Plaintiff*,

vs.               Case No. 03-71887
                  Hon. Avern Cohn

APRIA HEALTHCARE,

 *Defendant.*

_____/

| | |
|---|---|
| BUTZEL LONG, P.C.<br>By:  Craig S. Schwartz (P36137)<br>And:  Elizabeth A. DuMouchelle (P45462)<br>Attorneys for Defendant<br>100 Bloomfield Hills Parkway, Suite 200<br>Bloomfield Hills, Michigan  48304<br>(248) 258-2507<br>JACKSON LEWIS LLP<br>By:  David J. Duddleston<br>And: Mary Senkbeil<br>Attorneys for Defendant<br>150 Fifth Street Towers, Suite 1450<br>Minneapolis, MN  55402<br>(612) 359-1763 | THOMAS E. MARSHALL, P.C.<br>Thomas E. Marshall (P30633)<br>715 East South Blvd., Suite 100<br>Rochester Hills, Michigan 48307<br>(248) 829-3360 |

_____/

**JUDGMENT AND SATISFACTION
OF JUDGMENT**

   Defendant Apria Healthcare made an Offer of Judgment under Fed. R. Civ. Proc. 68 in an attempt to settle the Plaintiff's claims instead of proceeding to trial.  The offer was accepted, and the matter is resolved, without any admission of liability or adjudication of the merits of the claims or the defenses.

Pursuant to the above, it is hereby ordered that judgment be entered against Defendant Apria Healthcare for $130,000 (One Hundred Thirty Thousand Dollar and no/cents) including all claims for damages, interest on damages, costs and disbursements, and all attorneys' fees.  The Court, having been apprised, and pursuant to the stipulation that the payment has been made, orders the clerk to record the judgment as satisfied.

**SO ORDERED**.

Dated:  June 09, 2005						S/ Avern Cohn
								Avern Cohn
								United States District Judge